UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
```

MARTA HANYZKIEWICZ, on behalf of
herself and all others similarly situated

Civil Action No:
1:22-cv-1797

                                 Plaintiff,

  -v.-

SUNFLORA, INC.,

                           Defendants.

```
-------------------------------------------------------------
```

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Marta Hanyzkiewicz and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 27, 2022

| For Plaintiff Marta Hanyzkiewicz | For Defendant Sunflora, Inc. |
|---|---|
| *s/Mark Rozenberg* | *s/Joseph J. Lynett* |
| Mark Rozenberg | Joseph James Lynett |
| Stein Saks, PLLC | Jackson Lewis P.C. |
| One University Plaza | 44 South Broadway, 14th Floor |
| Hackensack, NJ 07601 | White Plains, NY 10601 |
| Ph: (201) 282-6500 | Ph: (914) 872-8060 |
| mrozenberg@steinsakslegal.com | Joseph.Lynett@jacksonlewis.com |

## CERTIFICATE OF SERVICE

I certify that on July 27, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

The application is ~~granted.~~ denied.
SO ORDERED
s/ **WFK**

William F. Kuntz, II, U.S.D.J.
Dated: July 27, 2022
Brooklyn, New York

2